Fill in this information to identify the case:

United States Bankruptcy Court for the:
**Northern District of Texas**

Case number (if known): _____   Chapter **11**

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | **L.D. Lytle Inc,** | |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as names* | **Sunshine Kids Academy** **Sunshine Kids Academy Ferris** **Sunshine Kids Academy Red Oak** | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 4 6 – 3 5 7 4 1 4 2 | |
| **4. Debtor's address** | **Principal place of business** **1700 Cedar Run** Number   Street **Ennis, TX 75119** City   State   ZIP Code **Ellis** County | **Mailing address, if different from principal place of business** **1105 Mockingbird Cr** Number   Street **Ennis, TX 75119** City   State   ZIP Code **Location of principal assets, if different from principal place of business** Number   Street City   State   ZIP Code |
| **5. Debtor's website (URL)** | | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page **1**

Debtor  **L.D. Lytle Inc,** _____   Case number *(if known)* _____
       Name

| 7. Describe debtor's business | A. *Check one:* |
|---|---|
| | ❑ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ❑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ❑ Railroad (as defined in 11 U.S.C. §101(44)) |
| | ❑ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ❑ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ❑ Clearing Bank (as defined in 11 U.S.C. §781(3)) |
| | ☑ None of the above |

B. *Check all that apply:*

❑ Tax-exempt entity (as described in 26 U.S.C. §501)

❑ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

❑ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

❑ Chapter 7

❑ Chapter 9

☑ Chapter 11. *Check all that apply:*

❑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

❑ A plan is being filed with this petition.

❑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

❑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

❑ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

❑ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

❑ Yes.  District _____  When _____  Case number _____
                                   MM / DD / YYYY

District _____  When _____  Case number _____
                       MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

❑ Yes.  Debtor _____  Relationship _____

District _____  When _____
                                MM / DD / YYYY

Case number, if known _____

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page **2**

Debtor **L.D. Lytle Inc,**                                                                 Case number *(if known)*
     Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☐ No<br>☑ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>Number    Street<br>_____<br>_____ City    State    ZIP Code<br>**Is the property insured?**<br>☐ No<br>☑ Yes.    Insurance agency **AmTrust**<br>Contact name _____<br>Phone **8665135650** |

**Statistical and administrative information**

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49  ☐ 50-99  ☐ 1,000-5,000  ☐ 5,001-10,000  ☐ 25,001-50,000  ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999  ☐ 10,001-25,000  ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000  ☑ $1,000,001-$10 million  ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000  ☐ $10,000,001-$50 million  ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000  ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million  ☐ $100,000,001-$500 million  ☐ More than $50 billion |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page **3**

Debtor   **L.D. Lytle Inc,**                                                                Case number *(if known)*
         Name

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **06/30/2025**
             MM/ DD/ YYYY

X  **/s/ Lisa Lytle**                                                **Lisa Lytle**
Signature of authorized representative of debtor                      Printed name

Title  **Owner**

**18. Signature of attorney**

X  **/s/ Joyce Lindauer**                    Date  **06/30/2025**
Signature of attorney for debtor                   MM/ DD/ YYYY

**Joyce Lindauer**
Printed name

**Joyce W. Lindauer Attorney, PLLC**
Firm name

**117 S. Dallas St.**
Number      Street

**Ennis**                                **TX**        **75119**
City                                     State        ZIP Code

**(972) 503-4033**                       **joyce@joycelindauer.com**
Contact phone                            Email address

**21555700**                             **TX**
Bar number                               State

Attorney General of Texas
Bankruptcy Div
PO Box 12548
Austin, TX 78711-2548

Comptroller of Public Accts
Revenue Acctg Div Bankruptcy Sec
PO Box 13528
Austin, TX 78711

Everest Business Funding
102 W 38th St 6th Floor
New York, NY 10018

Expansion Capital Group, LLC
5801 South Corporate Place
Sioux Falls57108

Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, TX 75242

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

MCA Settlement LLC
1310 Roxbury Dr Unit 302
Los Angeles, CA 90035

PNC Bank
300 Fifth Avenue
Pittsburgh, PA 15222

Purple Tree Funding LLC
1266 E Main St. Ste 700R
Stamford, CT 06902

Texas Capital Bank
1001 E. Lookout Dr. Ste 700
Richardson, TX 75082

Texas Workforce Commission
101 East 15th Street
Austin, TX 78778-0001

Three Horizons Group, LLC
4700 Sheridan Street Ste J
Hollywood, FL 33021

U.S. Attorney General
Department of Justice
Main Justice Building
10th & Constitution Ave, NW
Washington, DC 20530

U.S. Trustee's Office
1100 Commerce Street Room 976
Dallas, TX 75242

United First
2999 NE 191st Street Unit 901
Miami, FL 33180

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

IN RE: **L.D. Lytle Inc,**　　　　　　　　　　　　　　　　　　　　　CASE NO

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER **11**

### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  **06/30/2025**　　Signature  **/s/ Lisa Lytle**
　　　　　　　　　　　　　　　　　　Lisa Lytle , Owner